

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL GUINAN, JR.,<br><br>  Defendant. | No. CVB F4149311<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced to Time Served on September 3, 2019,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: September 3, 2019

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

cc: US Marshal Service served with copy on 9/3/2019.